# Order

Michigan Supreme Court
Lansing, Michigan

December 28, 2011

143665

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JUWAUN LONG,
      Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 143665
COA: 302912
Wayne CC: 01-005450

_____/

      On order of the Court, the application for leave to appeal the July 20, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



t1219

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2011

_____
Clerk